# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133164

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DARYL LAWRENCE STOKEN,
          Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133164
COA: 268959
Eaton CC: 05-02-257-FH

On order of the Court, the application for leave to appeal the January 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

t0521

_____
Clerk